JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. LACV13-09055 WDK(PLAx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **FRANCISCO R. PLACENCIA, individually and d/b/a BAR a/k/a CALIFORNIA SOCCER REFEREE,** | |
| Defendant. | |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Francisco R. Placencia, individually and d/b/a Bar a/k/a California Soccer Referee, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Francisco R. Placencia, individually and d/b/a Bar a/k/a California Soccer Referee, as follows:

(a)     defendant Francisco R. Placencia, individually and d/b/a Bar a/k/a

1  California Soccer Referee, shall pay the plaintiff, J & J Sports Productions, Inc.,

2  $11,000.00 in total damages plus attorneys' fees in the amount of $1,260.00 plus

3  costs.

4

5         IT IS SO ORDERED.

6

7         IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by

8  United States mail or by telefax or by email, copies of this Order on counsel in this

9  matter.

10

11

12  Dated: October 7, 2014

13  _____

14  William Keller
   United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -